UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY,<br><br>              Plaintiff and<br>              Counter-Defendant,<br><br>      v.<br><br>METROPOLITAN NASHVILLE AIRPORT AUTHORITY,<br><br>              Defendant and<br>              Counter-Plaintiff. | Case No. 1:21-cv-09578-AKH<br><br>JURY DEMAND |

**DEFENDANT METROPOLITAN NASHVILLE AIRPORT AUTHORITY'S
NOTICE OF CONSTITUTIONAL CHALLENGE TO STATE STATUTE
PURSUANT TO FED. R. CIV. P. 5.1(a)**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 5.1(a), Defendant Metropolitan Nashville Airport Authority's Response in Opposition to Indian Harbor Insurance Company's Motion for Summary Judgment (D.E. 22, attached as <u>Exhibit 1</u> to this Notice) draws into question the constitutionality of N.Y. Insurance Law § 3420(a)(5) to the extent that the Court adopts Indian Harbor's interpretation of it, which discriminates on the basis of citizenship (differential treatment of in-state and out-of-state insureds) without adequate justification in violation of the Dormant Commerce Clause and the Privileges and Immunities Clause.

DATED:   March 14, 2022
New York, New York

1

Respectfully submitted,

s/ Jacob D. Alderdice

Mark M. Bell (5677323)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 244-6380
mark.bell@wallerlaw.com

Jacob D. Alderdice
JENNER & BLOCK LLP
1155 Avenue of the Americas, 30th Floor
New York, NY 10036
Tel.: (212) 891-1600
Fax: (212) 891-1699
JAlderdice@jenner.com

David M. Kroeger (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street,
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
DKroeger@Jenner.com

*Counsel for Defendant,*
*Metropolitan Nashville Airport Authority*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on March 14, 2022, he caused the attached **Defendant Metropolitan Nashville Airport Authority's Notice of Constitutional Challenge to State Statute Pursuant to Fed. R. Civ. P. 5.1(a)** to be served upon all counsel of record via this Court's electronic filing system and upon the Office of the Attorney General by certified mail to:

> Office of the Attorney General
> Division of Appeals & Opinions
> 28 Liberty Street
> New York, NY 10005

s/ Jacob D. Alderdice