UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                       :
INDIAN HARBOR INSURANCE COMPANY,   :
                                                      :       **CERTIFICATION PURSUANT**
                                  Plaintiff,   :       **TO FED. R. CIV. P. 5.1**
      -against-                                :
                                                         :       21 Civ. 9578 (AKH)
METROPOLITAN NASHVILLE AIRPORT        :
AUTHORITY,                                           :
                                                         :
                                       Defendant.  :
------------------------------------------------------------ X

ATTORNEY GENERAL LETITIA JAMES
OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
28 LIBERTY ST.
NEW YORK, NY 10005

TO THE ATTORNEY GENERAL OF THE STATE OF NEW YORK:

       As required by Fed. R. Civ. P. 5.1 and 28 U.S.C. § 2403, this Court hereby certifies that the constitutionality of N.Y. Insurance Law § 3420(a)(5) has been placed at issue in this lawsuit by notice of Defendant Metropolitan Nashville Airport Authority, in relationship to the notice requirement promised by statute. If you desire to intervene in this action, as you have the right to do, you should file your motion to intervene, pursuant to Fed. R. Civ. P. 5.1, within 60 days from the date of this Certification, by May 16, 2022.

Dated:       March ___, 2022
                  New York, New York

                                                                ALVIN K. HELLERSTEIN
                                                               United States District Judge