MOUND COTTON WOLLAN & GREENGRASS LLP

COUNSELLORS AT LAW
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1901

NEW YORK, NY
FLORHAM PARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL
HOUSTON, TX

(212) 804-4200
FAX: (212) 344-8066
WWW.MOUNDCOTTON.COM

KRISTEN C. KISH
ASSOCIATE
212-804-4560
KKish@moundcotton.com

SO ORDERED.

March 25, 2022

/s/ Alvin K. Hellerstein
March 25, 2022

**Via ECF**

Honorable Alvin K. Hellerstein
United States District Court – Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

>    Re:   *Indian Harbor Insurance Company v. Metropolitan Nashville Airport Authority*
>          Case No. 1:21-cv-09578-AKH

Your Honor:

We represent the Plaintiff Indian Harbor Insurance Company in the above-referenced action. This letter-motion is being submitted pursuant to this Court's Individual Rules, Section 1.D, and with Defendant's consent, to seek an adjustment in the current briefing schedule with respect to Plaintiff's Motion for Summary Judgment.

The Parties previously submitted one joint stipulation for an extension of the briefing, which was so-ordered by this Court. *See* Dkt. No. 21. This So-Order Extension of the Briefing Schedule dated February 15, 2022 extended the Defendant's deadline to respond to the Plaintiff's motion from February 18, 2022, to March 11, 2022, and the Plaintiff's deadline to file a reply brief from February 25, 2022, to April 1, 2022. Dkt. No. 21. Accordingly, Plaintiff's reply is currently due on or before April 1, 2022. This request is therefore the second extension.

As a result of the Notice of Constitutional Challenge to State Statute in connection with Defendant's opposition (Dkt. No. 24) and of the Court's certification of this question (Dkt. No. 25), the New York State Attorney General has until May 16, 2022 to file a motion to intervene. Accordingly, Plaintiff hereby respectfully requests until the same date—**May 16, 2022**—to file its reply brief. Plaintiff requests this extension to allow its brief to be filed at the same time as the Attorney General's motion, if any. Plaintiff further requests this extension to allow it additional time to consider the constitutional challenges presented in Defendant's opposition. This extension would not change any other dates in the schedule.

Defendant does not oppose this extension.

MOUND COTTON WOLLAN & GREENGRASS LLP

Honorable Alvin K. Hellerstein
March 25, 2022
Page 2

Thank you for your attention to this matter. Should you have any questions, please contact the undersigned.

Respectfully submitted,

*/s/ **Kristen C. Kish***

Kristen C. Kish