

Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
P.O. Box 198966
Nashville, TN 37219-8966

615.244.6380   main
615.244.6804   fax
wallerlaw.com

Mark M. Bell
615.850.8850   direct
mark.bell@wallerlaw.com

June 30, 2022

SO ORDERED.

/s/ Alvin K. Hellerstein
July 1, 2022

**VIA USPS AND ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Re:  Indian Harbor Insurance Company v. Metropolitan Nashville Airport Authority, 21-cv-9578

Dear Judge Hellerstein:

We represent Defendant Metropolitan Nashville Airport Authority in the above-referenced action and write respectfully on behalf of all parties to provide the Court with a status update.

On June 9, 2022, we contacted the Court to indicate that the parties had reached a settlement agreement in principle. In light of the parties' settlement, the Court entered an Order dismissing the case. (Dkt. 32). The Order states, "[i]f the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period." (*Id.*) Despite their diligent efforts, the parties have not yet executed a final settlement agreement and do not anticipate executing the agreement before the conclusion of the 30-day period.

The parties now seek an authorized enlarged date by which to consummate their settlement. The parties request a period of thirty (30) additional days, concluding August 8, 2022, to execute a final settlement agreement. The parties will provide a status update to the Court before the conclusion of the 30-day period.

We thank the Court for its consideration and attention to this matter.

Very truly yours,

*s/ Mark M. Bell*

Mark M. Bell

MMB:mcw

cc: Counsel of Record (via ECF)

4893-3252-3556.1